UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY J. WILLIAMS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:15-cv-423

## JUDGMENT

In accordance with the Order Remanding Case Under Sentence Four pursuant to the stipulation between the parties entered on this date, and as required by Rule 58 of Fed. R. Civ. P., **JUDGMENT ENTERS**.

This action is terminated.

**IT IS SO ORDERED**.

Date: October 22, 2015

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge