UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY J. WILLIAMS,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No.: 1:15-cv-423

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 27). The Report and Recommendation was duly served on the parties. A stipulation, signed by counsel for both parties, has been filed stating the parties consent to the Report and Recommendation (ECF No. 28).

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for attorney fees (ECF No. 22-23) is **GRANTED**. Judgment shall enter in plaintiff's favor in the amount of $6,516.00.

Dated:  December 1, 2016

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge