UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY J. WILLIAMS,

    Plaintiff,

                                      Case No. 1:15-cv-423

v.

                                      HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of plaintiff in the amount of $6,516.00.

Date:  December 1, 2016                            /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                   United States District Judge